UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:26-cr-20-WWB-SJH

    18 U.S.C. § 2251(a)

ROBERT BENJAMIN THORPE

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Attempted Production of Child Pornography)

On August 6, 2025, in the Middle District of Florida and elsewhere, the defendant,

ROBERT BENJAMIN THORPE,

did knowingly and willfully attempt to employ, use, persuade, induce, entice, and coerce a person whom the defendant believed to be a minor to engage in any sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions would have been produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means.

In violation of 18 U.S.C. § 2251(a) and (e).

## FORFEITURE

1. The allegations contained in Counts One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 2253.

2. Upon conviction of a violation of 18 U.S.C. §§ 2251(a) the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

    a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

GREGORY W. KEHOE
United States Attorney

By: _____
JOHN CANNIZZARO
Assistant United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
2/2/26 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

ROBERT BENJAMIN THORPE

INDICTMENT

Violations: 18 U.S.C. § 2251(a)

A true bill,

███████████████

Filed in open court this 4th day of February, 2026.

_____
Clerk

Bail  $_____

GPO 863 525